# FRIENDS & COMMUNITY

Judge Ann Aiken
U.S. District Court
Eugene, Oregon


Dear Judge Aiken:

I am writing in support of Daniel McGowan whom my family knows well. It is my hope that you will understand some of the circumstances that have led to his conviction and grant as much leniency as you possibly can at the time of his upcoming sentencing.

Daniel was a friend of my daughter, who died 5 years ago. He was very helpful to us after that very difficult time, showing the kind of compassion and caring that was well beyond his years.

He cares deeply about the future the planet and how we are going to survive in it. His idealism is refreshing at a time when many young adults are self absorbed and not inclined to extend themselves to anyone else or any cause. Daniel extends himself a lot and ultimately will be a great force for good in this world. He belongs in the community, not in prison.

As a Professor of Medicine at Columbia University, I have met many talented young adults embarking on medical careers in which caring is uppermost in their minds. Daniel matches, and in many respects, exceeds the typical idealism of these medical students.

Please let him continue to do good for us all.


Sincerely,

John P. Bilezikian
Professor of Medicine
College of Physicians and Surgeons
Columbia University
New York, NY

Judge Ann Aiken
U.S. District Court
Eugene, Oregon


February 1, 2007


Dear Judge Aiken:

I am writing to you in support of Daniel McGowan. I am a Programming Assistant at a renowned New York City non-profit which provides academic and leadership opportunities to low-income gifted students of color. I help facilitate intensive leadership training retreats, as well as workshops on resume writing, job interviews and professional skills.

Daniel has been a close friend of mine for three years; we met in January 2004 in the planning of protests against the Republican National Convention. I found him to be open, funny, engaging, easy to like. Unlike many activists, who are sometimes wary of newcomers, Daniel was immediately approachable. I saw his commitment to working collaboratively with a large amount of people through what became at times a laborious consensus process. The consensus process demands that one be respectful of all ideas brought to the table, and work out solutions that all parties find viable.

Although Daniel often disagreed with others' ideas, he respected their decisions and remained dedicated to the process. He was and is deeply engaged with this community, and does all he can to facilitate projects through simple acts of networking to tedious tasks of delivering left over clothes from the Free Market to the Salvation Army. More than most people he has the capacity to see the whole, the "grand scheme of things", and the little minute details that are necessary to make big ideas work. Even through contentious disagreements he remains a much respected member of our community, because despite any difference of opinion, people recognize his integrity and commitment to his beliefs. We all know that, in the end, he shares our desire to make the world a better place.

I know that there are a number of factors you must consider when sentencing Daniel. Unlike most other people facing sentencing, he is facing a terrorist enhancement of his sentence. A terrorist is an individual who indiscriminately harms innocent people. Daniel has not done that, nor would he ever. Through his many years of activism he has fought tirelessly for those less fortunate, such as indigenous people and battered women. That's what his life is about, and that's the life he wants to get back to after he serves his sentence.

Another factor the court must consider in Daniel's sentencing is the life he will lead upon his release from prison. He has a vast support network of family, friends and countless others he has worked with over the years who will be eager to help him re-establish himself. He has many ideas about how he'd like to constructively spend his time in prison, various studies he'd like to pursue, as well as ideas about how to apply what he's learned when he re-enters society.

I believe Daniel will continue to do positive work while in prison, but he is needed by his family. They have been a great comfort to him in this past year, and I think he is anxious to start giving back to them as soon as he is able. He is recently married, his sister Lisa has another child due this spring, his brother-in-law is expecting his first child and his father has been in ill health. He is a vital member of his immediate and extended family.

For the past several years Daniel has approached differences in ideology through open dialogue. He has engaged in visible, positive activism that aims to bring issues out into the open for debate. Through the Really Really Free Markets he's created a living, breathing example of how he thinks the world should be: full of generosity, giving, sharing and learning. Daniel has inspired me to work harder, and work smarter, through example. His vision of a better world is compelling, because he doesn't share it through words alone but also by actualizing it.

Thank you for taking the time to read my letter. I am grateful that I have had this chance to address Daniel's sentencing, as well as my feelings for him as an individual. He is an exceptional human being and I am glad to know him.


Sincerely,

Angela Coppola
Angela Coppola

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

January 20, 2007

Dear Judge Aiken:

Daniel McGowan is the kind of friend I wish everyone could have. He is the kind of friend who not only remembers your birthday and your favorite foods, but most importantly, knows instinctively how to make you laugh.

I have known Daniel McGowan for sixteen years now and have always been proud to call him my friend. Daniel is an intellectually curious and sensitive person who has always inspired me to pursue excellence in my personal and professional life. Daniel is one of the primary motivating factors that led me to returning to pursue a Masters degree after ten years. He encouraged me to follow my dream of a higher stance in community, and was unwavering in his support of my academic interests.

Since meeting at the age of fifteen in high school, Daniel has been a thoughtful and trusted advisor to me over our many years of friendship. I can recall meeting him for the first time when we were both fifteen when I transferred to a new high school in my sophomore year. When I was feeling lonely and isolated from all the other teens who knew each other well, Daniel was the very first person to approach me making a trademark joke. We have been friends ever since. This is the kind of presence Daniel is: his peacefulness makes others feel comfortable with themselves, while energizing them towards self-betterment.

Daniel always exhibited a passionate concern for his community; in high school, he was an active member of Students Against Drunk Driving, a member of the National Honor Society, an accomplished student athlete track runner, and a charismatic presence in his neighborhood of Rockaway, Queens. Students gravitated to his open intelligence and leadership. Daniel is stalwart in his selfless commitment to his fellow human and has always worked to be part of bringing about a greater social justice for the "unseen," be it abused women in search of a way out, or the underprivileged.

Daniel takes great pride in his family and loves spending time with them. He is a loyal brother and son, and a dedicated husband and uncle. I know Daniel to be in love with Jenny, his wife and best friend. Daniel is an integral part of the lives of so many. Not having him in our mist would surely be a painful deprivation for us all. Thus, I ask you to consider that imprisoning Daniel would be fruitless in that his service and energy would be sorely missed, not only by his friends and family, but by the countless individuals Daniel works so tirelessly to defend.

As an adjunct professor of English at LaGuardia Community College for two years now and a current graduate student at St. John's University, I see Daniel's commitment to acupuncture as a remarkable ambition that will no doubt benefit our community's health. As a longtime asthmatic who knows the benefits of acupuncture, I look forward to the day when Daniel will be able to share his healing gifts with all. His education in this field is utterly tantamount, and I especially admire Daniel's tenacity as a committed student.

Any delay or hindrance to the completion of this education is also a hinderance for many low-income persons who desperately need this kind of service in their lives.

I have been and will always be Daniel's friend. I am intensely proud of Daniel for all his myriad accomplishments, and my greatest wish is that you, Judge Aiken, take Daniel's extraordinary commitment to family and community service in consideration along with the knowledge that all of us who love and respect Daniel. We who love Daniel steadfastly stand with him asking you to see Daniel as the sweet, intelligent, conscientious young man that he truly is when you make the decision that will affect him for the rest of his life.

Sincerely,

Mary Linda DeWitt

February 28, 2007

Sean Kerby

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Dear Judge Aiken,

Daniel McGowan and I were introduced to each other a little over five years ago, and in that time, I've come to know an individual who I am proud to call one of my closest friends. We have worked together for long hours on many projects and his commitment and passion still continue to impress me. The several members of the support team that formed in response to his arrest have volunteered our time and energy not only because of his good inner qualities, but because his example of supporting those in need without hesitation inspired us to do the same.

Since I have known him, Daniel has continuously urged me to be active in the community. Together, we made flyers to give to disadvantaged youths who were the targets of military recruiters. Our flyers explained other options to obtain skills and higher education and illustrated facets of military life that recruiters fail to mention. In the months prior to the Republican National Convention in New York, we worked tirelessly to expose the cost of the convention to taxpayers and united several community groups who together could accomplish more in their projects than they could on their own. Yet it is Daniel's influence on individuals around him that I consider his most positive attribute. He conserves water when he washes dishes. He composts all his food. He recycles everything that can be recycled. He shows me that each individual can make a difference in making a sustainable world for generations to come.

When Daniel was still in pretrial and facing life plus 335 years, he took time from preparing his case to organize a Really Free Market to provide a space where goods and services could be exchanged or given freely - a double example of his selflessness and altruism. But these actions do not stem from a sense of philanthropy or charity, but from an inner sense of justice - an innate striving to do what is right. This conscience is what motivates him and to be human means to sometimes have misguided responses to perceived injustices. Daniel has accepted responsibility for his part in two fires that were done as an act of conscience - as a way to address a vital problem that was not being addressed. Such an action could have dire consequences. People could have been injured or worse. Yet, these fires injured no one. They were not intended to target people. The Daniel I know could never be involved in such a campaign. This is why I urge you to treat this case for what it is - an act of arson. Living in New York, I witnessed firsthand what terrorism is - hundreds or thousands die. A terrorism enhancement is not appropriate for the charges Daniel faces. Further, because of his discontinuance of such actions and his vital role in our community that will be sorely missed, I plead that you be as lenient as possible in your sentencing. We cannot wait to have him back.

Thank you for taking the time to read this letter, and please contact me if you have any questions.

Sincerely,

Sean Kerby

January 30, 2007

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Honorable Ann Aiken,

I am writing to you regarding the upcoming sentencing of my dear friend Daniel McGowan.

I have known Daniel since the summer of 2004. I met him through mutual friends while I was in New York City doing public relations work on behalf of military families whose loved ones were serving in Iraq. Since that time I have became good friends with Daniel. We correspond regularly, and I have had the fortune of visiting him on occasional trips to New York City. In that time I have come to know him as one of the warmest and most sincere human beings I have ever met. His concern for all of those around him is truly limitless. He has proven himself to be an extremely trustworthy individual who is 100% accountable to his friends, family and the community at large.

Throughout this year, I have witnessed Daniel deal with one of the hardest and most challenging situations that many people could face in a life time: the horrible prospect of spending the rest of his life in prison and coming to terms with the previous choices and experiences that led to this juncture. Despite this, he maintains an amazing spirit and commitment to helping others and being there for his friends, family, and community. I am deeply inspired by his perseverance through such trying times.

As Daniel faces years in prison, I have no doubt in my mind that he has learned his lesson from his previous mistakes. He has been fully accountable to his family and friends, as well as the court, for his past actions and is fully committed to legal and positive efforts to remedy injustice in the world. Daniel poses no threat, yet is a monumental asset to communities striving for peace, justice and well-being.

Such accountability and commitment is evident in his everyday interactions with his family, notably his strong bond with his wife Jenny and the love and care he shows to his three-year-old niece. It is also present in the incredible energy and compassion he brings to his tireless work for social justice, including organizing "free markets" where food, clothing and other necessities are offered free to whoever needs them, and his work for the non-profit organization Woman's Law, which helps abused women navigate the legal system.

In addition to witnessing such incredibly valuable efforts, I have also experienced Daniel's compassion and caring in our own friendship. In the spring of 2006, I was violently attacked just a few blocks from my home in Washington, D.C. I was brutally beaten by somewhere between 8-12 people and was left bleeding and unconscious in the street until being found by a neighbor and responding paramedics sometime later. I was so badly injured that the EMT's on the scene were in shock and confused as to how to help me. Sometime later I was taken to the hospital where I underwent two surgeries for a broken jaw, additional surgeries followed in the next few months. My jaw had to be wired shut and I spent the next two months unable to open my mouth or speak normally, while being restricted to an all-liquid diet. It was a very challenging experience and the healing process felt endless at times.

After I was released from the hospital, word began to travel to my friends regarding what happened. When Daniel heard about the assault he immediately contacted me to express his concern and send his support. Throughout the healing process, over several months, he continuously checked in, sending letters and contributing to care packages, in addition to offering suggestions for dealing with post

traumatic stress and encouraging me to take the time to deal with everything and heal properly, both mentally and physically. His encouragement and friendship were critical to my well-being.

Daniel's support during such a traumatic time was invaluable. I was left with a lasting impression of his selflessness and compassion, knowing that he took the time and energy to show his concern for me while he himself was facing a possible life sentence in prison, along with all the things associated with such an ordeal – critical meetings with his attorneys, attending court hearings, spending crucial time with family and friends, and continuing to work and focus on his studies – all while confined to house arrest.

My friend Daniel is not a terrorist. He could not be further from the term. He has dedicated his adult life to working for social justice and environmental sustainability and against violence. This is demonstrated both in his personal relationships and his dedicated work ethic. He has made mistakes, but has held himself accountable for them and is a better person for it. He is deeply committed, now more than ever, to living a life that reflects his vision of a better world.

Daniel will not be fully able to be the person that society needs him to be while he is in prison. He is a rare individual, and he is sorely needed in the greater community. A man with his integrity, intelligence, compassion and vision should not be behind bars – humanity simply cannot afford his absence.

Out of respect for the extremely difficult decisions you must make in your position on a daily basis, I ask you to please consider these things when deciding on Daniel's sentence. I give you my word that during his imprisonment, and upon his release, Daniel will be supported by a loving community of family and friends, including myself, who will anxiously await his return with open arms.

Thank you for your time.

Sincerely,

Ryan Only

**N E W YORK   UNIVERSITY**
Gallatin School Individualized Stu

Mark W. Read
Professor, Media Studies

715 Broadway, 6th floor
New York, NY 10003-6806
Telephone: 212-998-7370
Fax: 212-995-4150

January 28th, 2007

Honorable Judge Aiken,

I am writing this letter to you on behalf of Daniel McGowan, who currently awaits sentencing in your court. I urge you, when considering what the appropriate punishment for Daniel ought to be, to consider three things in particular: (1) His passionate commitment to promoting positive social change, (2) his commitment to non-violence in that struggle, and (3) his loving commitment to his friends and family.

I met Daniel while we were both involved in political organizing during the lead-up to the Republican National Convention in 2004. Daniel helped to organize protests against the Bush administration on the basis of the highest ethical principles: opposition to unjust war; concern for society's neediest and poorest; and concern for the future health of the environment. He was tireless in vocalizing these concerns, and equally tireless in his efforts to bring as many people into the organizing process as possible. I was especially impressed by his openness to newcomers. There was one meeting I remember in particular, where a group of new, young, and apparently shy people came for the first time, wanting to plug in. Daniel, who had a lot on his plate at the time, went out of his way to welcome them and to introduce them to others who could help them get involved. He was consistently generous and kind-hearted in his dealings with other organizers, and he maintained a consistent, explicit, vocal commitment to non-violent principles in all aspects of protest. Since the convention, I have had the pleasure of getting to know another side of Daniel- that of a family man. He and his wife, Jenny, have a wonderful and supportive relationship, and are very involved in the lives of each of their extended families as well. I am sure that these relationships have played a role in his deepening commitment to working for a better world, and I am confident that they will be of great help to him when he is released from prison.

Daniel is the kind of person this country, and this world, need more of, not less. Although it is clear that he has made mistakes, it is just as clear that he has learned from these mistakes, and, when returned to his family and friends, he will undoubtedly become a respected and valued member of society. As a society, we have nothing to fear, and much to gain from this gentle man, and whatever sentence he receives should, above all, reflect this truth.

Sincerely,

Mark W. Read, Professor
New York University

July 20, 2007


Judge Ann Aiken
U.S. District Court
Eugene, Oregon


Dear Honorable Judge Ann Aiken,


My name is Dr. Anthony Silvaggio, sociologist and criminologist at Humboldt State University, writing you on behalf of Daniel McGowan. As someone who has come to know Daniel quite well over the last seven years, I want to provide you with some pertinent information which I hope that you will take into consideration when sentencing him.

I met Daniel while attending the University of Oregon in 2000, where we worked together on a variety of community service projects serving the homeless youth and poor in and around Lane County. Since this time, I have been able to get to know him on both a personal and professional level as friend and community organizer. Daniel has shown me to be a strongly principled, dedicated and compassionate person. His commitment to serving the needs of the underserved and poor in our community has always impressed me. His honesty and integrity while working with and advocating for these groups has been an inspiration to me and others in the community. I know this because I have talked with Daniel's clients, classmates, teachers, and fellow community members, all of whom have been extremely impressed with the time, energy, unselfishness and compassion that he has brought to those desperately in need of help.

I believe the incredible amount of support that Daniel has received from non-profit organizations, professionals, and community members illustrates the important contributions he has made to society. This support group of family, friends, and professionals will assist him throughout his incarceration. I believe their commitment to him during these difficult times is attributable to the extensive commitment he has made to the community. As part of Daniel's support group, I will be personally involved in his rehabilitation process as his Sociology instructor while he is incarcerated. In preparation for his Masters Degree coursework, we have discussed at length social change and how to effectively solve social problems. I believe that his experiences working in the community have helped him recognize that social change takes place by working within the system of law and order. Daniel's work with reform organizations and social service organizations over these last five years is a valid and reliable indicator of this maturation as an activist and community organizer.

In addition, I want to touch on the potential terrorism enhancements that are being proposed in this case. As a professional criminologist, I find the application of this label to Daniel's crimes to be extremely unwarranted and excessive. The expansion of this term to crimes such as Daniel's is based primarily on political motivations, not criminal justice theory, principles and objectives. The current elasticity of this term and its application to crimes such as property destruction and arson not only sets a very dangerous precedent for the criminal justice system, as someone who lost a loved one in the world trade center bombings, I find it to be an affront to the real victims of terrorist actions. To extend this term in such a way to Daniel's crime would be tarnish the reputation of our justice system.

Finally, as a professional criminologist I find that Daniel's statements and conduct over the past five years demonstrates his rehabilitation in both thoughts and actions concerning social change. It is extremely unlikely that Daniel would commit another crime upon his release. I base this conclusion on my personal relationship with Daniel, as well as my extensive study of recidivism rates for similar crimes. Existing data and my research on radical environmentalism points to low recidivism rates among this population of felons. These factors, coupled with Daniel's recognition the social change takes place by working within the system of law and order, leads me to the conclusion that Daniel will be a law abiding citizens upon his release.

Again, I respectfully request that you take into consideration the factors that I have discussed here when making your decision, and hope that the sentence you hand down reflects these factors.

I encourage you to feel free to contact me if you have any questions.

Sincerely,

Anthony Silvaggio, Ph.D.
Department of Sociology
Humboldt State University

2

Judge Ann Aiken
U.S. District Court
Eugene, OR

My wife and I have lived in Eugene for 11 years. I am a trained mediator that worked closely
with the Lane County Circuit Court as the Small Claims Mediation Coordinator in 1998 and
1999 on behalf of Community Mediation Services. I have sat on the Eugene PeaceWorks (EPW)
Board of Directors for 10 years. I am the program coordinator and office manager for EPW. In
addition to my Peace and Justice work, I am a community networker with Helios Resource
Network, concentrating on sustainability issues. My wife is a social worker doing parent
education with the Relief Nursery. We, along with our 5 year old son are happy to have worked
with and become friends with Daniel McGowan.

We have known Daniel for 5+ years. We have served homeless and hungry people by cooking
alongside Daniel out of our home. We have gardened together and worked on community events
together. Daniel has helped me in my work with Eugene PeaceWorks, providing writings and
literature on prisoner support and helping with graphic layout. Through these efforts as well as
supporting my family and me when I was fighting cancer, Daniel has demonstrated his
commitment to personal friendships and responsibility to his community. He is intelligent and
passionate, but these would mean less if they were not combined with his deep sense of
compassion.

We are grateful to know Daniel and are deeply saddened and worried about the outcome of his
sentencing. Some may engage in political actions out of anger or with a sense of bravado. We do
not want to excuse the actions Daniel engaged in for which he is being charged. Yet, when a
friend such as Daniel takes such action, we feel we have the personal context to understand poor
judgment when it is fueled by immense concern and compassion for deeply held beliefs.

It hurts to hear a kind person such as Daniel could face prolonged time in jail. Its
incomprehensible to hear his mistakes, for which he has expressed sincere sorrow, described as
sinister acts against society by the prosecution. The federal prosecutors have legitimate legal
concerns. However, with the call for "terrorism enhancement", they certainly do not know the
young man we would trust with the care of our five year old son.

Judge Aiken, Daniel has admitted his mistakes. He has expressed his apologies. He gained
understanding years ago that these actions were inconsistent with the world he has dedicated
himself to create. He is willing to take responsibility for his actions. Is this not what we would
hope of anyone involved with the legal system today? It is hard to see a friend go to jail. Please
consider everything Daniel has contributed positively to the communities for which he has been
involved even until the present. Keeping Daniel in prison longer, keeps his needed contributions
from the many communities that have relied on, and benefited from, his talents and willingness
to serve.

Thank you most sincerely,

Phil Weaver & Jennifer Gerrard

Rachel K. Weiss

January 4, 2007

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Dear Judge Aiken,

I am writing on behalf of Daniel McGowan, hoping and praying that you will consider leniency in regards to his sentencing next month. Daniel is a man of integrity, and he has conducted himself in a highly admirable, law-abiding way in the time that I have known him. Before I write any further, however, I would like to tell you a little about myself and how I know Daniel. I have been a registered nurse for 18 years, and for the past 5 years, I have worked as a Professional Relations Coordinator for Compassionate Care Hospice of New Jersey. Before working for hospice care, I was a program director for a national healthcare company called Matria Healthcare.

In the fall of 2005, I ventured into a new profession as I started the Master's degree program in acupuncture at Tri-State College of Acupuncture. It was here that I met Daniel for the first time. Immediately after the first rounds of introductions, Daniel and I became friends. We both share a love of nature, concern for the environment, and the need to help others. Very soon after classes started, it was evident to everyone that Daniel was one of the most involved students when it came to helping the others in their transition back to school. For the computer-challenged, he regularly scanned study guides and homework assignments for the entire student group. He sent us informative web sites that enhanced our learning of acupuncture. Daniel was not afraid to ask questions to the teachers that we were all nervous about asking. And, when he saw that other students might not have acted with integrity, he intervened as opposed to doing nothing at all. In fact, if there is a word to describe Daniel, I would say that he is a man of INTEGRITY.

Another remarkable character trait of Daniel's is his sense of community. In the time that I have known Daniel, I have learned what a tremendous sense of community he has towards those of us at school (as seen in the above examples), his family and friends, and the neighborhood where he lived. Daniel helped to coordinate a "Really Free" day in his neighborhood, where the community could recycle their unwanted items by giving them away, give away free food to anyone who attended, and have free music and events. I was so impressed by this event: it was unlike any that I had heard of before. Daniel took pride in describing how people would try and pay for some of the items, and he would happily tell them, "no, please help yourself—it's Really Free!" He also worked for an agency that assisted women who were victims of domestic violence. It might have been

easier or higher paying to get another job—for instance in retail, but Daniel is clearly committed to helping others. Finally, Daniel took great pride in describing his family to me. He showed me pictures of his wife, sister, and niece, and couldn't speak highly enough about them and his parents.

My longstanding career as a nurse has helped me develop a genuine sense of intuition about people.  I know in my heart that Daniel would never again subject himself or his family to what he has been through in the past year. Daniel's commitment to the study of acupuncture and the acupuncture community that I was a part of clearly demonstrate his focus on professional achievement and becoming a productive member of society. His volunteer work and choice of employment demonstrate his commitment to his community. Finally, his recent marriage and his devotion to his family establish that he wouldn't do anything to put those relationships at risk. He is a good man with good intentions. I do pray that you will consider my opinion when deciding your sentence. I have no political or familial affiliation with Daniel, so I have no motivation to make this appeal other than my high regard for Daniel.

Sincerely,

Rachel K. Weiss

January 25, 2007

Stefane Anderson, M.S., L.Ac.

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Dear Judge Aiken,

First of all, thank you for considering letters of input from community members around Daniel McGowan. He has a far reaching ties and this case has touched many of us very deeply.

I, personally, know Daniel from a variety of encounters. I first met him in 2003 as he pitched in to raise money for volunteer medical work I do with a group of providers. He has continuously offered his enthusiasm and support for first-aid trainings we hold. I talked with him several times as he was making his decision to attend acupuncture school and assisted him in navigating the application process. Most recently, I became his acupuncturist.

The most time I spent with Daniel was around his application to the Tri-State College of Acupuncture and during his attendance there. I was struck by his genuine drive to understand both the academics and the capacity for compassionate exchange between people inherent in the practice. Acupuncture can be at the same time a simple and a peculiar medicine. It creates opportunity for a *response* to stressors on the body rather than a *reaction*. *Reactions* are commonly quick, ill-conceived and dysfunctional. *Responses* are generally healthier, more measured and deliberate. The outcome may not always be perfect health, but it always generates a greater vitality and positive quality.

Daniel's pursuit of acupuncture study brings me to trust that he has moved away from reactionary models of dissent toward more carefully crafted, responsive approaches. Although his study was cut short, no one comes to study this form of medicine without integrating a deep understanding of what it means to intervene in support of positive change. This was reflected in every conversation we had. I have only known Daniel since after his time out west. I have only known a deeply committed, caring and compassionate person with a genuine drive to make things better.

I live in lower Manhattan, New York City. I was actively engaged in people's recovery from the terrorist attacks we lived through here. I understand that Daniel could be sentenced under terrorism laws and I can only see this as absurd. I wept for weeks with my friends and neighbors after September the 11th as we tried to resume our lives while in constant fear that something more lurked just around the corner of any day. Five and a half years later, you can hardly find a person here that lived through those first weeks that doesn't carry that same fear that we are just waiting for something to happen again. Daniel's actions did not inspire terror. Regardless of his sentence, I will be one of many who await his return and offer whatever means I have to help him re-establish his life after prison.

Respectfully yours,

Stefane Anderson, M.S. L.Ac.

Rachel Elana Bloom

Honorable Ann Aiken
U.S. District Court
Eugene, Oregon

February 26, 2007

Dear Judge Aiken,

I met Daniel McGowan in the spring of 2004. We were working on a project that
involved us working together closely and spending a considerable amount of time
together. In that process, we became close friends, very quickly. Just a few short months
after I met him I moved to London to enroll in a Masters program at the London School
of Economics. I was new to the city, without a permanent place to live and felt as if my
life was in flux. During that scary re-adjustment period, I knew I could always count on
Daniel to support me, even from far away. Every time I saw another bad apartment, he
would send me an encouraging e-mail. When I was homesick he would send me
packages, filled with my favorite New York memorabilia. When I was sick he wrote me
about homemade remedies that would be sure to make me feel better. He researched and
sent me suggestions of restaurants to eat at and events to attend. He set me up to meet his
friends that he knew in London. He made it so that I never felt alone.

Daniel's support of me during that transition was so helpful. And even though my
situation was not even remotely comparable to the one that he finds himself in now,
assisting Daniel in his transition to incarceration, as well as life upon his release from
prison is something I would be honored to assist with.

Daniel is facing his upcoming incarceration with much thought and planning. For
instance, he has searched out master's programs that he can participate in through
correspondence and has been researching and preparing himself mentally for his
upcoming incarceration. He has also prepared mentally and emotionally, reading about
what he will experience and talking with ex-prisoners. He is intent on being a model
prisoner and figuring out how to best utilize his period of incarceration to best benefit
himself, his family and his community. He is facing all of his ugly realities, right from
the start to ensure that he prepares himself for all that he will have to deal with.

In spite of all of these preparations, Daniel is also focusing on his life upon his release
from incarceration. He is thinking of his future, years in advance and planning carefully.
For instance, I currently work on a national campaign to end felon disfranchisement and
he has already inquired as to what he will have to do to get his voting rights back in New
York after his release.

Through my work with the ex-offender community, I know what it takes to put ones life back together upon release from prison, and Daniel McGowan is blessed in that he has resources at his disposal, that so many others exiting prison do not. Resources like a law-abiding, financially stable family that will open up their home to him upon release; a college degree that will allow him to find employment without being harbored by licensing restrictions; a community of friends and family who have proven their support for him during this period. Daniel's age at his time of release and also the fact that he ceased all illegal activity years before his arrest are other factors to think of as well. Another resource that Daniel will have upon his release from incarceration is me. I have extensive connections with the prisoner re-entry community and will be happy to utilize them to in any way possible during his re-entry process.

Daniel McGowan is a threat to no one and hasn't been for some time. When you incarcerate him, you will be taking away a respected and beloved member of our community. A community that much like his home of New York is diverse and wide-ranging. His absence will be deeply felt by all who know him, particularly his family; he is a newlywed in love who will be separated at length from his loving bride. Daniel also has a young niece with whom he is infatuated, plus another niece or nephew on the way that he will love just as much. He will miss them terribly and not being able to watch them grow-up will be especially difficult. They are a key reason he wants to focus on his rehabilitation and life after incarceration – so that he can make up for lost time with them, get to know them and have them be proud of their Uncle Danny.

I urge you to be compassionate in your sentencing of Daniel and to not use the terrorist enhancement charge. I am not a lawyer and I do not claim to understand the intricacies of that label. What I do know though is terrorism, having lived through terrorist attacks in both New York and London. I also have the experience of having my sister and her family live in Israel where they encounter terrorism on a regular basis. I personally know what terrorism feels like; what it means to be scared to leave your house or ride on the public transportation that you rely on to get you through your day – to truly be paralyzed by fear. What Daniel did was wrong, but he is no terrorist.

Thank you for your time and consideration.

Respectfully,

Rachel Elana Bloom

Judge Ann Aiken
U.S. District Court
Eugene, Oregon

Eliza Calhoun

Your Honor:

I am writing you from Brooklyn, NY, where I am a therapist at a public high school. I am pleased to have the opportunity to express my support of Daniel McGowan. I met Daniel shortly after moving to New York two years ago, and I was drawn to him for the same reasons most of his many friends were – his obvious maturity, integrity, and kindness. Daniel has been a warm and welcoming presence to me and many others in New York. He clearly has the needs of others in mind at all times – I never leave his apartment without some gift in hand, and he is always available for support and kind words when I am in need of them. I am happy to call him my friend.

Daniel's generous character is evident in his interactions with just about everyone with whom he comes in contact, and the impact of Daniel's energy and optimism goes far beyond his personal relationships. Daniel has a kind of non-stop positive energy that is astounding to see. Quite simply, he has been more productive, done more positive, useful work, than any other person I know. To pick one of many examples of his work in the community, Daniel regularly organizing electronic recycling events. At these events, people can drop off computers and other equipment at locations convenient to them, so that the appliances can be reused rather than sent to landfills. He single-handedly secures locations, organizes transportation for the equipment, and raises money to cover costs. Daniel also organizes community "markets" in which everything is free. These are positive, joyful, fun days in which people are encouraged to bring items to share and to take advantage of music, food, and free items and workshops. They require a tremendous amount of work to organize, and, like the recycling events, Daniel does it for no other reason than to benefit others in his community.

Daniel also works tirelessly to support prisoners, victims of domestic violence, and others in need, and to encourage protection of the environment and the creation of gardens and other green spaces. He inspires and encourages others to do the same, and is a great source of support for those who are struggling to find meaningful ways to act on their personal beliefs. Daniel has continued this work even throughout the last year, which has been a taxing and exhausting one for him and for those who care about him. Where others might have taken time to focus on their own needs in a time of crisis, Daniel, I think, simply does not have it in him to focus only on himself. It is difficult to convey the real essence of Daniel's generous spirit, because his generosity is a way of being for him, rather than a compartmentalized subset of activities, and it comes across in everything he does. I hope these examples have given you a meaningful glimpse.

It is my strong sense that Daniel is not a person who deserves a lengthy prison sentence. His crimes were isolated and are now well in the past. He has worked tirelessly for the benefit of others in the time since 2001. I am sure that he will not commit any crimes in the future. In conversation with Daniel, I find his understanding of how he can positively impact the environment and his community to be clear, gentle, and mature. He has found a multitude of avenues by which to live out this vision, and I believe that his life and work during and after his time in prison will continue to focus on positive, peaceful activism.

Because Daniel has been so supportive of others, I also have confidence that he will be well supported while he is in prison and after he returns to the community. I have been impressed by the unflagging love that Daniel's wife and family have shown him through this very difficult time. I have also been moved to see how many good friends Daniel has who have been willing to put in hours of hard work to help build community support for him and to help pay his legal fees. We will all be writing and visiting him while he is in prison, and will be anxious to help him however we can when he returns to the community.

Finally, I would like to share my distress that Daniel's actions have ever been described as "terrorism" and that he may face a sentence enhancement. The acts to which Daniel has pleaded guilty targeted objects, not people, and there was not even the threat of injury to a person, much less any actual violence against anyone. These acts bear no resemblance, for example, to the attacks of September 11, 2001. To suggest that they are the same is to insult victims of the brutal violence of real terrorism and flies in the face of simple logic. Daniel's crimes were simply not acts of terrorism.

In short, Daniel is a loving, generous friend and an asset to his community – he is not a terrorist. He is loved, and he will be missed by many while he is in prison. I hope that he will rejoin his friends and family soon. Thank you for taking the time to read my letter.


Sincerely,

Eliza Calhoun